# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Kylon Hooks,

Plaintiff(s),

v.

Chaplain Financial Services, LLC,

Defendant(s).

Case No. 17 C 3651
Judge Gary Feinerman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐    in favor of plaintiff(s)
and against defendant(s)
in the amount of $     ,

       which ☐ includes     pre–judgment interest.
                  ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐    in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒    other: Judgment is entered in favor of Plaintiff Kylon Hooks and against Defendant Chaplain Financial Services, LLC in the amount of $6,134.36.

---

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Gary Feinerman on a motion.


Date: 8/1/2017                          Thomas G. Bruton, Clerk of Court

                                                        /s/Jackie Deanes , Deputy Clerk